JEFFREY A. DOLLINGER - State Bar No. 146582
jdollinger@wpdslaw.com
BRIAN W. WALSH – State Bar No. 126483
bwalsh@wpdslaw.com
**WOOLLS PEER DOLLINGER & SCHER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone:   (213) 629-1600
Facsimile:    (213) 629-1660

Attorneys for Plaintiff
GREAT AMERICAN
ASSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN ASSURANCE COMPANY, | Case No.: 3:21-cv-01135-RS |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES SET IN SCHEDULING ORDER** |
| v. | [Joint Stipulation to Extend Deadlines filed Concurrently] |
| ZURICH AMERICAN INSURANCE COMPANY, and WESTCHESTER FIRE INSURANCE COMPANY | Complaint Filed:    2/16/21 |
| Defendants. | Judge:  Hon. Richard Seeborg |

The Court has considered the Joint Stipulation extending deadlines set in the Court's Scheduling Orders and finds that good cause exists for the requested extension of deadlines set in the Scheduling Orders. Therefore,

**IT IS HEREBY ORDERED THAT the following deadlines will be set:**

/ / /

/ / /

/ / /

1

[CASE NO.: 3:21-CV-01135-RS]
PROPOSED ORDER TO EXTEND DEADLINES

898924.1

| Description | Current Deadline | Requested New Deadline | New Deadline |
|---|---|---|---|
| Private Mediation Deadline | 2/8/2022 | 3/11/2022 | 3/11/2022 |
| Further Case Management Conference | 2/3/2022 at 10:00 a.m. | 3/17/2022 at 10:00 a.m. | 3/17/2022 at 10:00 am |

DATED: January 27, 2022        By: *(signed)*

Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE

Woolls Peer Dollinger & Scher
A Professional Corporation
One Wilshire Building, 624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017

2

[CASE NO.: 3:21-CV-01135-RS]
PROPOSED ORDER TO EXTEND DEADLINES

898924.1