JEFFREY A. DOLLINGER - State Bar No. 146582
jdollinger@wpdslaw.com
H. DOUGLAS GALT - State Bar No. 100756
dgalt@wpdslaw.com
BRIAN W. WALSH – State Bar No. 126483
bwalsh@wpdslaw.com
CAITLIN R. ZAPF - State Bar No. 255450
czapf@wpdslaw.com
**WOOLLS PEER DOLLINGER & SCHER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone:    (213) 629-1600
Facsimile:      (213) 629-1660

Attorneys for Plaintiff
GREAT AMERICAN
ASSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN ASSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, and WESTCHESTER FIRE INSURANCE COMPANY<br><br>Defendants. | Case No.: 3:21-cv-01135-RS<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Richard Seeborg |

Plaintiff, GREAT AMERICAN ASSURANCE COMPANY ("Great American") and Defendants, WESTCHESTER FIRE INSURANCE COMPANY ("Westchester"), and ZURICH AMERICAN INSURANCE COMPANY ("Zurich")(collectively, "The Parties"), by their respective counsel of record, agree and stipulate, subject to court approval, as follows:

WHEREAS  a Further Case Management Conference is currently set for October 20, 2022,

1

due to the unavailability of Great American's counsel, The Parties have agreed to continue the date ideally to happen between November 2, 2022 and November 11, 2022 or, if the Court is unavailable, to a date thereafter ordered by the Court. Westchester counsel is unavailable November 18th and 21st.

IT IS HEREBY STIPULATED AND AGREED, subject to this Court's approval, that the Further Case Management Conference be continued to November 3, 2022 at 10:00 am.

DATED: OCTOBER 12, 2022         WOOLLS PEER DOLLINGER & SCHER
                                A Professional Corporation

                                /s/ Jeffrey A. Dollinger
                                JEFFREY A. DOLLINGER
                                Attorneys for Plaintiff
                                GREAT AMERICAN
                                INSURANCE COMPANY

DATED: OCTOBER 12, 2022         MORALES FIERRO & REEVES

                                /s/ Christina Fierro
                                RAMIRO MORALES
                                WILLIAM C. REEVES
                                CHRISTINE FIERRO
                                Attorneys for Defendant
                                WESTCHESTER FIRE INSURANCE
                                COMPANY

DATED: OCTOBER 12, 2022         SINNOTT, PUEBLA, CAMPAGNE & CURET
                                A.P.L.C.

                                /s/ Debra R. Puebla
                                DEBRA R. PUEBLA
                                WENDY SCHULTZ
                                Attorneys for Defendant
                                ZURICH AMERICAN
                                INSURANCE COMPANY

IT IS SO ORDERED.

DATED: October 12, 2022         By: [signature]
                                Judge of the District Court

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the signatories above.

DATED:  OCTOBER 12, 2022                    WOOLLS PEER DOLLINGER & SCHER
                                            A Professional Corporation


                                            /s/ Jeffrey A. Dollinger
                                            JEFFREY A. DOLLINGER
                                            Attorneys for Plaintiff
                                            GREAT AMERICAN
                                            ASSURANCE COMPANY